UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOHN DOUGLAS AIKENS, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF VETERANS AFFAIRS, )<br>    Defendant. ) | No. 3:09-CV-73<br>(Phillips/Guyton) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion to dismiss by defendant United States Department of Veterans Affairs. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff John Douglas Aikens take nothing, and that the action be **DISMISSED WITH PREJUDICE** on the merits.

Dated at Knoxville, Tennessee, this _____ day of February, 2009.

                                              s/ Patricia L. McNutt
                                              Clerk of Court